ACCEPTED
03-15-00074-CV
8239176
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 10:52:35 AM
JEFFREY D. KYLE
CLERK

No. 03-15-00074-CV

𝔍𝔫 𝔱𝔥𝔢 𝔗𝔥𝔦𝔯𝔡 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰
𝔄𝔲𝔰𝔱𝔦𝔫, 𝔗𝔢𝔵𝔞𝔰

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 10:52:35 AM
JEFFREY D. KYLE
Clerk

CORPSOL, INC., CORPORATE SOLUTIONS, INC.,
CORPORATE SOLUTIONS SERVICES, INC., AND 4XE, INC.

*Appellants*

**v.**

TEXAS PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION,

*Appellee*

APPEAL FROM CAUSE NO. D-1-GN-09-001428
250TH JUDICIAL DISTRICT COURT OF TRAVIS COUNTY, TEXAS
HON. JOHN DIETZ PRESIDING

**UNOPPOSED FINAL MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants CorpSol, Inc., Corporate Solutions, Inc., Corporate Solutions Services, Inc., and 4XE, Inc. file this motion seeking a final 30-day extension of time to file their brief. Appellants respectfully show:

1.     The Court abated this proceeding to afford the parties an opportunity to reach a settlement. On November 17, 2015, the parties informed the Court that

settlement efforts had failed. As a result, this Court lifted the abatement and set December 17, 2015 as the deadline for filing Appellants' Brief.

2. Despite their previous impasse, the parties have resumed active settlement discussions. In light of the renewed negotiations and what appears to be a significant prospect for resolution, Appellants have committed the resources necessary to filing their brief elsewhere. Namely, the undersigned counsel has been working on or managing conflicting deadlines for the following matters:

- post-trial briefing in *Johnson Ranch Municipal Utility District v. Patricia Lux Graham and Margie Hastings*, No. C2014-0438B in the 207th Judicial District Court of Comal County, Texas;

- post-submission briefing in *Microsoft Corporation v. Michael Mercieca*, No. 14-15-00024-CV in the Fourteenth Court of Appeals;

- obtaining and reviewing the 11,000-page electronic record on appeal to prepare appellant's brief in *Claimant ID 100068236 v. BP Exploration & Production, Inc.*, No. 15-30860 in the United States Court of Appeals for the Fifth Circuit;

- appellee's brief and related pleadings in *Texas Education Agency, et al. v. Academy of Careers and Technologies, Inc. d/b/a Academy of Careers and Technologies Charter School*, No. 03-15-00528-CV in the Third Court of Appeals; and

- briefing on the merits in *Tom Bennett and James B. Bonham Corporation v. Larry Wayne Grant*, No. 15-0338 in the Supreme Court of Texas.

3. The parties understand that this appeal will need to proceed promptly if settlement negotiations are again unsuccessful. To provide one last opportunity

for an amicable resolution, Appellants seek a 30-day extension of time to file their brief. Appellants will not ask for further extensions of this deadline.

4.     This case has not been set for submission. Therefore, no unnecessary delay will result from the granting of this extension.

5.     Appellee does not oppose the relief sought in this motion.

## CONCLUSION AND PRAYER

For these reasons, Appellants respectfully request that the Court grant this motion for extension of time, thus making their opening brief due on January 18, 2016. Appellants request all other appropriate relief to which they are entitled.

Respectfully submitted,

SMITH LAW GROUP LLLP

*/s/ D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd@appealsplus.com
Brandy Wingate Voss
State Bar No. 24037046
brandy@appealsplus.com
1250 Capital of Texas Highway South
Three Cielo Center, Suite 601
Austin, Texas 78746
(512) 439-3230
(512) 439-3232 (fax)

*Counsel for Appellants CorpSol, Inc.,*
*Corporate Solutions, Inc., Corporate*
*Solutions Services, Inc., and 4XE, Inc.*

3

## CERTIFICATE OF CONFERENCE

In compliance with Texas Rule of Appellate Procedure 10.1(a)(5), I certify that I conferred with appellee's lead counsel, Dan Price, about this motion. Mr. Price informed me that appellee does not oppose the relief requested in this motion.

*/s/ D. Todd Smith*
D. Todd Smith

## CERTIFICATE OF SERVICE

On December 15, 2015, in compliance with Texas Rule of Appellate Procedure 9.5, I served this document by e-service and e-mail to:

Dan J. Price
STONE LOUGHLIN & SWANSON LLP
P.O. Box 30111
Austin, Texas 78755
dprice@slsaustin.com
*Counsel for Appellee*

*/s/ D. Todd Smith*
D. Todd Smith